PROB 35
(Rev. 5/01)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA

v.

Alfred TORRES

Crim. No.  04CR00043-001-GT

On   April 29, 2004   the above named was placed on probation/supervised release for a period of   3   years.  The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision.  It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Deputy Chief Probation Officer
Trisha K. Yamauchi

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from and that the proceedings in the case be terminated.

Dated   10th   day of   February   , 20 09 .

Senior United States District Judge
The Honorable Gordon Thompson, Jr.